# ORDER

CASE NUMBER:	20-CV-00470-DKW-KJM

CASE NAME:	County of Maui v. Chevron U.S.A. Inc., et al.

JUDGE:	Derrick K. Watson	REPORTER:

DATE:	11/4/2020	TIME:

COURT ACTION:

ORDER (1) SETTING BRIEFING SCHEDULE ON ANTICIPATED MOTION TO REMAND AND (2) STAYING CASE IN PART

This matter comes before the Court sua sponte. On October 30, 2020, Defendant Chevron U.S.A. Inc. removed this case from State court ("Maui Action"). Dkt. No. 1. In a related action as to which the undersigned is also the presiding judge, Case No. 20-CV-00163-DKW-RT ("Honolulu Action"), a defendant similarly removed the case from State court. After said removal in the Honolulu Action, the Court set a briefing schedule with respect to a motion to remand that the parties informed would be filed therein. That briefing has now concluded.

Because the Court anticipates that a motion to remand will also be filed in the instant Maui Action, the Court sets the following briefing schedule:

1. On or before November 25, 2020, Plaintiff may file a motion to remand, with any such motion not to exceed 60 pages.

2. On or before December 23, 2020, Defendants shall coordinate their efforts to file a single, consolidated opposition brief to the anticipated motion to remand, which shall also not exceed 60 pages.

3. On or before January 20, 2021, Plaintiff may file a reply brief in support of the anticipated motion to remand, which shall not exceed 35 pages.

No other briefing regarding remand is permitted, unless ordered by the Court.

Should Plaintiff elect not to file a motion to remand in the Maui Action, Plaintiff shall inform the Court of such as promptly as possible, but no later than November 25, 2020–the deadline to file any motion to remand.

In addition, as in the Honolulu Action, until the anticipated motion to remand is resolved, all proceedings and deadlines in this case (specifically including the deadlines for responsive pleadings) will be STAYED, except for the briefing set forth above and the filing and adjudication of pro hac vice applications and changes or substitutions of counsel. Further, pending the completion of briefing on an anticipated motion to remand in this action, resolution of the motion to remand in the Honolulu Action will be stayed–a decision that will be reflected with a separate order therein.

**IT IS SO ORDERED.**

Dated: November 4, 2020 at Honolulu, Hawaiʻi.

/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge