CADES SCHUTTE
A Limited Liability Law Partnership

C. MICHAEL HEIHRE          1307-0
MICHI MOMOSE              9777-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: mheihre@cades.com
       mmomose@cades.com

BAKER BOTTS LLP
A Limited Liability Partnership

J. SCOTT JANOE (*pro hac vice forthcoming*)
910 Louisiana Street, Suite 2300
Houston, TX 77002-4995
Telephone: (713) 229-1553
Fax: (713) 229-7953
Email: scott.janoe@bakerbotts.com

MEGAN BERGE (*pro hac vice forthcoming*)
STERLING A. MARCHAND (*pro hac vice forthcoming*)
700 K St. NW
Washington, D.C. 20001
Telephone: (202) 639-1308
Fax: (202) 639-1171
Email: megan.berge@bakerbotts.com
       sterling.marchand@bakerbotts.com


Attorneys for Defendants
SUNOCO LP, ALOHA PETROLEUM, LTD. and
ALOHA PETROLEUM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COUNTY OF MAUI,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNOCO LP; ALOHA PETROLEUM, LTD.; ALOHA PETROLEUM LLC; EXXON MOBIL CORP.; EXXONMOBIL OIL CORPORATION; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CORP; CHEVRON USA INC.; BHP GROUP LIMITED; BHP GROUP PLC; BHP HAWAII INC.; BP PLC; BP AMERICA INC.; MARATHON PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; AND DOES 1 through 100, inclusive,<br><br>        Defendants. | CIVIL NO. 20-cv-00470-DKW-KJM<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SUNOCO LP, ALOHA PETROLEUM, LTD. AND ALOHA PETROLEUM LLC;**<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>No Trial Date Set |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS SUNOCO LP, ALOHA PETROLEUM,
LTD. AND ALOHA PETROLEUM LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

Sunoco LP[1] ("SUN") is a publicly traded master limited partnership, currently listed on the New York Stock Exchange. SUN and its general partner, Sunoco GP LLC, are subsidiaries of Energy Transfer Operating, L.P. ("ETO") and Energy Transfer LP ("ET"), which are publicly traded master limited partnerships listed on the New York Stock Exchange. No other publicly held corporation owns 10% or more of SUN's stock.

Defendants Aloha Petroleum, Ltd. and Aloha Petroleum LLC (collectively, "Aloha") are wholly owned subsidiaries of SUN. No other publicly held corporation owns 10% or more of Aloha's stock.

DATED: Honolulu, Hawaiʻi, November 17, 2020.

                                       */s/ C. Michael Heihre*
                                       C. MICHAEL HEIHRE
MICHI MOMOSE
J. SCOTT JANOE (*pro hac vice forthcoming*)
MEGAN BERGE (*pro hac vice forthcoming*)
STERLING A. MARCHAND (*pro hac vice forthcoming*)

Attorneys for Defendants
SUNOCO LP, ALOHA PETROLEUM, LTD. and ALOHA PETROLEUM LLC

---

[1] By filing this corporate disclosure statement, Sunoco LP, Aloha Petroleum Ltd., and Aloha Petroleum LLC reserve all rights to assert any defenses or arguments in these proceedings, including with respect to service and personal jurisdiction.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| COUNTY OF MAUI,<br><br>      Plaintiff,<br><br>    v.<br><br>SUNOCO LP; ALOHA PETROLEUM, LTD.; ALOHA PETROLEUM LLC; EXXON MOBIL CORP.; EXXONMOBIL OIL CORPORATION; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; SHELL OIL PRODUCTS COMPANY LLC; CHEVRON CORP; CHEVRON USA INC.; BHP GROUP LIMITED; BHP GROUP PLC; BHP HAWAII INC.; BP PLC; BP AMERICA INC.; MARATHON PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; AND DOES 1 through 100, inclusive,<br><br>      Defendants. | CIVIL NO. 20-cv-00470-DKW-KJM<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was duly served on the following parties at their last known e-mail addresses via CM/ECF:

MOANA M. LUTEY, ESQ.
RICHELLE M. THOMSON, ESQ.
County of Maui, Dept. of the Corporation Counsel
200 South High Street, 3rd Floor
Wailuku, HI 96793

Attorneys for Plaintiff
COUNTY OF MAUI

MELVYN M. MIYAGI
ROSS T. SHINYAMA
SUMMER H. KAIAWE
999 Bishop Street, Suite 1250
Honolulu, HI 96813

Attorneys for Defendants CHEVRON
CORPORATION and CHEVRON U.S.A., INC.

DEBORAH K. WRIGHT
DOUGLAS R. WRIGHT
KEITH D. KIRSCHBRAUN
WRIGHT & KIRSCHBRAUN LLLC
1885 Main Street, Suite 108
Wailuku, HI 96793

Attorneys for Defendants
EXXON MOBIL CORPORATION and
EXXONMOBIL OIL CORPORATION

JOACHIM P. COX
RANDALL C. WHATTOFF
Cox Fricke LLP
800 Bethel Street, Suite 600
Honolulu, HI  96813

and

BRENDAN J. CRIMMINS (*pro hac vice*)
DAVID C. FREDERICK (*pro hac vice*)
Kellogg Hansen Todd Figel & Frederick, PLLC
1615 M Street, N.W., Suite 400
Washington, DC  20036

Attorneys for Defendants
ROYAL DUTCH SHELL PLC, SHELL OIL
COMPANY and SHELL OIL PRODUCTS
COMPANY LLC

TED N. PETTIT
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, HI  96813-3283

and

ANN MARIE MORTIMER (*pro hac vice*)
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA  90071

and

SHANNON S. BROOME (*pro hac vice*)
Hunton Andrews Kurth LLP
50 California Street, Suite 1700
San Francisco, CA  94111

and

SHAWN PATRICK REGAN (*pro hac vice*)
Hunton Andrews Kurth LLP
200 Park Avenue, 52nd Floor
New York, NY  10166

Attorneys for Defendant
MARATHON PETROLEUM CORP.

DATED:  Honolulu, Hawaiʻi, November 17, 2020.

*/s/ C. Michael Heihre*
C. MICHAEL HEIHRE
MICHI MOMOSE
J. SCOTT JANOE (*pro hac vice forthcoming*)
MEGAN BERGE (*pro hac vice forthcoming*)
STERLING A. MARCHAND (*pro hac vice forthcoming*)

Attorneys for Defendants
SUNOCO LP, ALOHA PETROLEUM, LTD. and ALOHA PETROLEUM LLC